United States District Court
Southern District of Texas
**ENTERED**
June 22, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| **RAMONA GALLEGOS,** § § § | |
| Petitioner, § § | |
| v. § | Misc. Action No. 6:22-MC-00002 |
| § | |
| **UNITED STATES OF AMERICA,** § § | |
| Respondent. § | |

### ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the April 26, 2022 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Julie K. Hampton. (Dkt. No. 4). In the M&R, Magistrate Judge Hampton *sua sponte* recommends dismissal of Plaintiff Ramona Gallegos's case for lack of subject matter jurisdiction.

Gallegos was provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). She did not object. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **DISMISSES WITHOUT PREJUDICE** this case for lack of subject matter jurisdiction.

It is SO ORDERED.

Signed on June 21, 2022.

                                                                                         **DREW B. TIPTON**
                                                                          **UNITED STATES DISTRICT JUDGE**